## CARTER *v.* STATE OF INDIANA.

[No. 26,188. Filed December 28, 1934.]

*William D. Hardy,* for appellant.

*Philip Lutz, Jr.,* Attorney-General, and *William E. Bussell* and *Joseph P. McNamara,* Deputy Attorneys-General, for the State.

TREANOR, J.—Appellant and others were charged with conspiracy to commit the felony of perjury and with perjury. The prosecution was commenced by filing the affidavit which supported the prosecution in the case of *Ernest Lynn* v. *State of Indiana,* No. 26,200 (1934), *ante* 393, 193 N. E. 380, decided this day by this court. Appellant was convicted of conspiracy to commit the felony of perjury, under the first count of the affidavit. This appeal presents the same questions as were considered in the case of *Lynn* v. *State, supra.* Because of the prosecuting attorney's failure to indorse the affidavit "approved by me" appellant's motion to quash should have been sustained. Upon the authority of *Lynn* v. *State, supra,* judgment is reversed with directions to the trial court to sustain appellant's motion to quash the affidavit and for further proceedings not inconsistent with the opinion of this court in the case of *Lynn* v. *State, supra.*

## INDIANAPOLIS MORRIS PLAN COMPANY ET AL. *v.* FITZGERALD.

[No. 26,339. Filed February 23, 1935.]

*L. R. Zapf,* for appellants.

*Raymond Demaree,* and *William S. McMaster,* for appellee.

TREMAIN, J.—The judgment of the trial court in this case depends upon the validity of Chapter 61, Acts 1925. In *Lyle Martin* v. *Rudolph Loula, etc., et al.,* No. 26,386, the Chapter is held to be unconstitutional and void. Upon that authority the judgment is affirmed.